

VINOD NICHANI – SBN 277607
NICHANI LAW FIRM
1250 Oakmead Pkwy., Suite 210
Sunnyvale, California 94085
Phone: 408-800-6174
Fax: 408-290-9802
Email: vinod@nichanilawfirm.com

Attorney for Debtor
LEONEL ELIZARRARAZ

**The following constitutes
the order of the court. Signed May 30, 2018**

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re:                                                    ) Case No.: 13-54391 SLJ 13
                                                          )
LEONEL ELIZARRARAZ,                 ) ORDER RE: MOTION TO VACATE
                                                          ) DISMISSAL
Debtor.                                                 )
_____)

The debtor having filed a motion to vacate dismissal, IT IS HEREBY ORDERED as follows:

1) Good cause appearing, the order dismissing the above-referenced Chapter 13 case entered on December 28, 2017, is hereby vacated.

**END OF ORDER**

COURT SERVICE LIST